# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: April 14, 2006

DIGITAL RECORDING: 3:18 - 3:34

- ✓ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- ✓ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE **CHARLES S. COODY**   DEPUTY CLERK: **WANDA STINSON**

CASE NO. 1:06cr101-MHT-CSC   DEFT. NAME: MATTHEW OKONKWO

USA: Andrew Schiff   ATTY: Michael Petersen

USPTSO/USPO: Damon Martin

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO;

Defendant _____ does ✓ does NOT need an interpreter; NAME _____

- ✓ Kars.   Date of Arrest **4/14/061**   or   ☐ karsr40
- ✓ kia.   Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator
- ✓ Finaff.   Financial Affidavit executed ☐ to be obtained by PTS; ☐ ORAL Motion for Appt. Of Counsel.
- ✓ koappted   **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐   Deft. Advises he will retain counsel. Has retained _____
- ☐   Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ✓   Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐   **DETENTION HRG** ☐ held; ✓ set for **3:00 PM** ☐ Prelim. Hrg ☐ Set for ____
- ☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.   Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.   ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
- ☐   **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.   Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.   Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐   Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ✓ karr.   ARRAIGNMENT SET FOR: _____ ✓ HELD. Plea of **NOT GUILTY** entered.
  ✓ Trial Term **8/7/06**; ☐ PRETRIAL CONFERENCE DATE: _____
  ✓ DISCOVERY DISCLOSURES DATE: _____
- ☐ Krmknn.   **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.   Identity/Removal Hearing set for _____
- ☐ Kwvspt   **Waiver of Speedy Trial Act Rights Executed.**