## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **HON. CHARLES S. COODY** | AT | Montgomery, Alabama |
| **DATE COMMENCED:** 4/17/06 | AT | 3:14 P.M. TO 3:23 P.M. |
| **DATE COMPLETED:** 4/17/06 | TO | Digital Recorded |

UNITED STATES OF AMERICA

VS.   CASE NO.: 1:06CR101-MHT

MATTHEW OKONKWO

| **GOVERNMENT** | **APPEARANCES:** | **DEFENDANT** |
|---|---|---|
| Atty. Andrew Schiff | | Atty. Michael Petersen |
| Tamara Martin, USPTS | | |

#### COURT OFFICIALS PRESENT:

**Court Room Deputy: Wanda Stinson**

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS **DETENTION HEARING**

## SEE MINUTES ATTACHED

# FTR Log Notes

| Description | Detention hearing - 06cr101-MHT-CSC | |
|---|---|---|
| **Date** | 4 /17/2006    **Location** Courtroom 4B | |
| **Time** | **Speaker** | **Note** |
| 3:14:01 PM | Court | Court convenes; Parties present as noted; Discussions as to INS detainter; |
| 3:14:40 PM | Atty. Petersen | Response; |
| 3:14:53 PM | Atty. Schiff | Calls David Henderson; witness is sworn and seated; discussion regarding the detainer; |
| 3:17:59 PM | Atty. Petersen | Cross - examination; |
| 3:18:31 PM | Court | Witness is excused; |
| 3:18:39 PM | Atty. Petersen | Addresses the court on proffer; |
| 3:20:07 PM | Court | Discussion as to release; |
| 3:20:17 PM | Atty. Petersen | Response; |
| 3:21:19 PM | Court | How did he get a passorpot |
| 3:21:29 PM | Atty. Petersen | It will be seize |
| 3:21:37 PM | Atty. Scheiff | Govt's position; |
| 3:22:29 PM | Court | Discussions as to if deft is released and INS takes him into custody what happens to him then?; |
| 3:22:39 PM | Mr. Henderson | Response; |
| 3:22:55 PM | Court | He will not be released; |
| 3:23:04 PM | Mr.Henderson | No sir; |
| 3:23:13 PM | Court | If out on any type of conditions of release he could evade criminal charges; |
| 3:23:38 PM | Court | Orders that deft detained pending further proceeding; Court is recessed. |