IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| vs. | * | CASE NO.: 1:06CR101-MHT |
| MATTHEW OKONKWO | * | |
| Defendant | * | |

## WITNESS LIST:

**GOVERNMENT**                                       **DEFENDANT**

1. Mr. David Henderson                               1.      N/A