IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | Case No.: 1:06cr101-MHT |
| ) | |
| **MATTHEW OKONKWO** ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD
AND FOR APPOINTMENT OF CJA PANEL ATTORNEY**

**COMES NOW** the undersigned counsel, Matthew Okonkwo, and files this Motion to Withdraw as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant Matthew Okonkwo. In support of this Motion, counsel states the following:

1. On April 14, 2006, the Federal Defender Office was appointed to represent Matthew Okonkwo with respect to the criminal charges he faces in the above-styled case. The case was then assigned to undersigned counsel, Michael J. Petersen.

2. During review of the discovery, undersigned counsel discovered that a conflict exists between the Federal Defenders Office, Mr. Okonkwo and a former client of the Federal Defenders Office, which requires counsel to withdraw from further representation of Mr. Okonkwo.

3. Undersigned counsel requests that on behalf of Mr. Okonkwo, CJA panel attorney, Malcolm Newman, be appointed to represent him in all further proceedings in this case.

WHEREFORE, undersigned counsel prays that the office of the Federal Defender be permitted to withdraw from the representation of Mr. Okonkwo and that CJA panel attorney, Malcolm Newman, be appointed to represent him.

Dated this 27th day of April 2006.

1

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | Case No.: 1:06cr101-MHT |
| | ) | |
| **MATTHEW OKONKWO** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 27, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Andrew O. Schiff, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M