# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v** | ) | **CR. NO. 1:06CR101-MHT** |
| | ) | |
| **MATTHEW OKONKWO** | ) | |

## ORDER

Upon consideration of the Motion to Withdraw as Counsel and Motion to Appointment to Appoint CJA Panel Attorney (doc. #15) filed by the defendant, it is

**ORDERED** that the motion to withdraw be and hereby **GRANTED**. It is further **ORDERED** that CJA Panel Attorney Barry Teague be and is hereby appointed to represent the defendant for all further proceedings. Appointed counsel shall file a notice of appearance with this court.

Done this 1st day of May, 2006.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE