IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06cr101-MHT |
| | ) | |
| MATTHEW OKONKWO | ) | |

**ORDER**

Now pending before the court is defendant Okonkwo's motion to allow Barry Teague to withdraw as counsel of record (doc. # 17).  Upon consideration of the motion, and for good cause, it is

ORDERED that defendant Okonkwo's motion to allow Barry Teague  to withdraw (doc. # 17) be and is hereby GRANTED.  It is further

ORDERED that Daniel Hamm be and is hereby appointed to represent the defendant for all further proceedings.

Done this 11th day of May, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE