# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>MATTHEW OKONKWO, DEFENDANT | CASE NUMBERS<br><br>1:06-CR-101-MHT |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW,** Counsel for the Defendant and moves this Honorable Court to allow counsel to withdraw as the Defendant's appointed counsel by showing the following:

1. The undersigned has discovered that he has a conflict of interests that will prohibit counsel from representing the Defendant. Counsel represented a witness in this case approximately four years ago. Counsel spoke with the case agent assigned to this case and there is a likelihood that the previous client will be required to testify in this case.

2. Counsel respectfully requests that this Honorable Court grant the foregoing and appoint new counsel to represent the Defendant.

**RESPECTFULLY SUBMITTED** this the 26th day of May, 2006.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Withdraw as Counsel by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 26th day of May, 2006.

/s/ Daniel G. Hamm
---
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-232-5666

Andrew O. Schiff
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36101