# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v** | ) | **CR. NO. 1:06CR101-MHT** |
| **MATTHEW OKONKWO** | ) | |

## ORDER

Upon consideration of the Motion to Continue Pretrial Conference  (doc. #21) filed by the United States,  it is

**ORDERED** that the motion be and is hereby **GRANTED**. It is further

**ORDERED** that the pretrial conference be and is hereby **CONTINUED** to **June 8, 2006 at 1:00 p.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.  It is further

**ORDERED** that the motion to withdraw (doc. # 20) filed by Daniel G. Hamm, Esq., be and is hereby **GRANTED** and that Richard Keith, Esq. be and is hereby appointed to represent the defendant for all further proceedings.  Counsel shall file a notice of appearance.

Done this 1st day of June, 2006.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE