| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE : JUNE 8, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 12:59 p.m. to 1:01 p.m. |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY     **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 1:06CR106-MHT-CSC     **DEFENDANT NAME:** MATTHEW OKONOKWO

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. ANDREW SCHIFF | ATTY. RICHARD KEITH |

√     **DISCOVERY STATUS:** Completed.

_____
_____


√ **PENDING MOTION STATUS:**   NONE.

_____


☐     **PLEA STATUS:**

_____
_____


√     **TRIAL STATUS:** Possible Trial at this point.  Will take 2 to 3 days, if case goes to trial.

_____


☐     **REMARKS:**

_____
_____