**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.  1:06-cr-0101-MHT |
| | ) |
| **MATTHEW OKONKWO,** | ) |
| | ) |
| **Defendant.** | ) |

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW, the undersigned attorney and requests that he be allowed to withdraw as counsel for Defendant in the above-styled cause.

As grounds in support thereof, the following is stated:

1. Richard K. Keith was appointed by the Court as counsel for Defendant.

2. The defendant has since retained Ben Bruner as counsel for representation in this matter.

3. Ben Bruner filed his Notice of Appearance as counsel representing Defendant Matthew Okonkwo on June 29, 2006.

WHEREFORE, premises considered, the undersigned attorney respectfully moves this Honorable Court to grant his Motion to Withdraw as Counsel.

Respectfully submitted this 30th day of June, 2006.

                                            s/ Richard K. Keith
                                            **RICHARD K. KEITH (KEI003)**
                                            Attorney for Defendant
                                            **KEITH & DUBIN**
                                            22 Scott Street
                                            Montgomery, AL  36104-4012
                                            Telephone:  (334) 264-6776
                                            Facsimile:  (334) 265-5362

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Andrew O. Schiff, AUSA
    Post Office Box 197
    Montgomery, AL  36101-0197

                                            s/ Richard K. Keith
                                            **OF COUNSEL**