IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO.  1:06cr101-MHT |
| | ) | |
| MATTHEW OKONKWO | ) | |

**ORDER**

Now pending before the court is Attorney Richard Keith's motion to withdraw as counsel of record (doc. # 27).  Attorney Keith was appointed by the court to represent the defendant.  The defendant has since retained Attorney Ben Bruner to represent him.  Attorney Bruner has filed a notice of appearance.   Accordingly, upon consideration of Attorney Keith's motion, and for good cause, it is

ORDERED that the motion to withdraw (doc. # 27) be and is hereby GRANTED.

Done this 5th day of July, 2006.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE