IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2006 JUL 17 P 2:39 |
| v. | ) | CR. NO. 06 - 101 |
| | ) | DEBRA P. HACKETT, CLK |
| MATTHEW OKONKWO | ) | U.S. DISTRICT COURT |
| | | MIDDLE DISTRICT ALA |

## MOTION TO CONTINUE

COMES NOW, the defendant by and through counsel and moves this Honorable Court to continue this cause for 30 days until the next trial term. As grounds therefor, the defendant states:

1. Current counsel is the 5th attorney on this matter resulting from previous attorneys having conflicts.

2. The discovery in this complex fraud case is voluminous and the undersigned has not had time to review it in sufficient detail to adequately advise the defendant; and

3. The United States through its Assistant U.S. Attorney has no objection to this continuance.

Respectfully submitted,

*/s/ Ben E. Bruner*

Ben E. Bruner (BRU 001)
Attorney at Law
2835 Zelda Road
Montgomery, Alabama 36106
(334) 323-4462
FAX (334) 323-4463

## CERTIFICATE OF SERVICE

The undersigned Ben E. Bruner hereby certifies that a true copy of this document was served upon the below listed counsel by enclosing same in an envelope postpaid for first class handling which bore the sender's name and return address and which was

addressed to said attorney at his post office address and which was deposited in a U. S. Post Office Depository in Montgomery, Alabama on the __17__ day of __July__, 2006.

Laura Canary, Esq.
United States Attorney
P.O. Box 197
Montgomery, Alabama 36101

_____
Ben E. Bruner