IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 06 - 101 |
| | ) | |
| MATTHEW OKONKWO | ) | |

RECEIVED
2006 JUL 17  P 2: 39
    HACKETT, CLK
 U.S. DISTRICT COURT
 MIDDLE DISTRICT ALA

## WAIVER OF SPEEDY TRIAL RIGHT

The undersigned Matthew Okonkwo states that he is the same Matthew Okonkwo charged in Case No. CR. NO. 06 - 101, and he consents to a continuence of his trial from the August trial term until at least 30 days until the next term for this Division; further he st that he hereby waives his right to have a speedy trial herein pursuant to 18 U.S.C. Sec. 3161 and all other applicable federal law and regulations, as said right may entitle him to a trial on the August trial term.

_____
Matthew Okonkwo
Defendant

Done this __17__ day of __July__, 2006

_____
Ben E. Bruner
Attorney for Defendant

Done this __17__ day of __July__, 2006.

## CERTIFICATE OF SERVICE

    The undersigned Ben E. Bruner hereby certifies that a true copy of this document was served upon the Honorable Laura Canary, United States Attorney for the Middle District of Alabama by enclosing same in an envelope postpaid for first class handling whi bore the sender's name and return address and which was addressed to said attorney at his post office address and which was deposited in a U. S. Post Office Depository in Montgomery, Alabama on the _17_ day of _July_, 2006.

                                                                                   Ben E. Bruner
                                                                                   Attorney at Law