# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.  **MYRON H. THOMPSON,**  JUDGE      AT  **MONTGOMERY,**  ALABAMA

DATE COMMENCED  **OCTOBER 30, 2006**      AT  **10:20**  A.M./P.M.

DATE COMPLETED  **NOVEMBER 1, 2006**      AT  **1:47**  A.M./P.M.

```
UNITED STATES OF AMERICA        )
                                )
    v                           )      CR NO 106cr101-MHT
                                )
MATTHEW OKONKWO                 )
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Andrew O. Schiff | X X X X X | Atty Ben E. Bruner |

**COURT OFFICIALS PRESENT:**

| Tashwanda Pinchback, Law Clerk | Anthony Green, Courtroom Deputy | Mitchell Reisner, Court Reporter |
|---|---|---|

### JURORS

1. John D. McCain
2. Anita Ballard Law
3. James Eugene Wheeler
4. Jumell Barker Tindol
5. Betty Williams House
6. James E. Thornton
7. Sheri Fain Larimore
8. Sheila Hamrick Austin
9. Beverly Schneider Lakin
10. Joanne M. Lecompte
11. Shirley Cobb Smith
12. Dorothy Klotz Bullen

### ALTERNATE

13. Elmer Thomas Price, Jr.

---

## JURY SELECTION/TRIAL

10:20 a.m.     Court convened.
               Multiple voir dire begun (Cr Nos.2:06cr218-MHT USA v Morris;
               **1:06cr101-MHT, USA v Okonkwo**; 2:06cr173-MHT, USA v Lawson)
               Jury Selection held.
12:45 a.m.     Jury seated and excused until 9:00 a.m., 10/31/06

**10/31/06**

1:47 p.m       Trial commenced. Parties stipulation of certain documents as
               exhibits as stated on the record. Witnesses (present) sworn;
               Witness Rule invoked. Jury sworn. Court's preliminary
               instructions to jury.

**MINUTES**
**JURY TRIAL COMMENCING ON 10/31/06 BEFORE JUDGE MYRON H. THOMPSON**
**CR. 1:06cr101-MHT, USA vs. MATTHEW OKONKWO**

| | |
|---|---|
| 2:00 p.m. | Government's opening statements (12 mins) |
| 2:12 p.m. | Defendant's opening statements (8 mins) |
| 2:20 p.m. | Government's evidence commenced. |
| 3:30 p.m. | Recess. |
| 3:50 p.m. | Government's evidence continues. |
| 4:50 p.m. | Recess until 9:00 a.m. 11/1/06 |

**11/1/06**

| | |
|---|---|
| 9:28 a.m. | Court reconvened. Government's evidence continues. |
| 10:25 a.m. | Government rests; Jury excused. Defendant's **ORAL MOTION** for Judgment of Acquittal. **ORAL ORDER** denying motion. |
| 10:30 a.m. | Recess. |
| 10:55 a.m. | Court reconvenes. No evidence from defendant. Defendant waives right to testify. Court finds defendant competent to waive right to testify; Court accepts waiver. |
| 11:00 a.m. | Jury excused until 12:30 p.m.; Defendant rests. Defendant's Renewed **ORAL MOTION** for Judgment of Acquittal as a Matter of Law. **ORAL ORDER** denying motion. |
| 11:05 a.m. | Recess. |
| 11:45 a.m. | Charge Conference. |
| 12:15 p.m. | Recess. |
| 12:50 p.m. | Trial continued; Government's objections to jury charge; Defendant's objections to jury charge. Court's oral ruling on objections to jury charge, as stated on the record. |
| 1:02 p.m. | Government's closing arguments (21 mins) |
| 1:23 p.m. | Defendant's closing arguments (17 mins) |
| 1:40 p.m. | Jury charged. Defendant's proposed correction to jury charge. No objections. Jury seated and advised of correction to jury charge; alternate excused. |
| 2:15 p.m. | Jury deliberations commenced. |
| 3:25 p.m. | JURY VERDICT of guilty as to all counts. Jury polled and discharged. Defendant adjudicated guilty; sentencing set for 1/18/07; Defendant remanded. |
| 3:31 p.m. | Court adjourned. |