IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA

    v                                    1:06cr101-MHT

MATTHEW OKONKWO

---

| GOVERNMENT | DEFENDANT |
|---|---|

10/31/06                WITNESS LIST

1. LASHONDA CAMPBELL
2. QUINCY CAMPBELL
3. ROBIN HILL
4. TENSIA FOUNTAIN
5. MARY RUMPH
6. GEORGE GREEN
7. MARTHA GREEN
8. EVETTE THOMAS
9. DEBRA BARHAM
10. BRIAN WILLSON
11. LOUIE WILSON
12. LARRY ELLIS

    11/1/06

13. JAMES L. HARRIS
14. CHARLOTTE GREEN
15. TAWANNA TYLER
16. KIM STARLING

```
PAGE 2
1:06CR101-MNT
USA V OKONKWO
WITNESS LIST
```

17. CYNTHIA DOZIER

18. TEAH DOYLE