| | GOVERNMENT'S EXHIBITS | | | | UNITED STATES OF AMERICA v MATTHEW OKONKWO 1:06cr101-MHT | |
|---|---|---|---|---|---|---|
| JURY TRIAL COMMENCED 10/31/2006 | | | | | | |
| | | | | | JUDGE MYRON H. THOMPSON MITCHELL REISNER, COURT REPORTER | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| YES | 10/31/06 | 10/31/06 | 1a | | | Southland Bank, Signature Card, Affordable Clothing Outlet, Account No. 5200350 |
| YES | 10/31/06 | 10/31/06 | 1b | | | Southland Bank, Monthly Statement, Affordable Clothing Outlet, Account No. 5200350, 1/31/2000 |
| YES | 10/31/06 | 10/31/06 | 1c | | | Southland Bank, Signature Card, Beatrice Onakeka, Account No. 9007326 |
| YES | 10/31/06 | 10/31/06 | 1d | | | Southland Bank, Monthly Statement, Beatrice Onadeko, Account No. 9007326, 3/27/2000 |
| YES | 10/31/06 | 10/31/06 | 1e | | | Regions Bank, Signature Card, Eagle Financial Services, Account No. 06-0303-3507 |
| YES | 10/31/06 | 10/31/06 | 1f | | | Regions Bank, Monthly Statement, Eagle Financial Services, Account No. 06-0303-3507, 2/29/200, p. 2 of 4 |
| YES | 10/31/06 | 10/31/06 | 1g | | | Regions Bank, Monthly Statement, Eagle Financial Services, Account No. 06-0303-3507, 3/31/2000, 1 & 3 of 4 |
| YES | 10/31/06 | 10/31/06 | 1h | | | Regions Bank, Monthly Statement, Eagle Financial Services, Account No. 06-0303-3507, 5/31/2000, p. 1 of 2 |
| YES | 10/31/06 | 10/31/06 | 1i | Barnham | | EIN Information for CJB Ice Cream Company |
| YES | 10/31/06 | 10/31/06 | 1j | Ellis | | State of Florida, Driver License Information for Jonathan Adewunmi |
| YES | 10/31/06 | 10/31/06 | 1k | Barnham | | efile Application for Rainbow Tax Services |
| YES | 10/31/06 | 10/31/06 | 1l | Barnham | | efile Application for Eagle Financial Services |
| | | | 1m | | | Memorandum of Interview, Matthew Okonkwo, 5/14/2001 |
| | | | 1n | | | Larry Ellis Notes of Matthew Okonkwo Interview |

| | | | | | | |
|---|---|---|---|---|---|---|
| YES | 10/31/06 | 10/31/06 | 1o | | | Southland Bank, Signature Card, Jupiter Tax Services, Account Number 5023645 |
| YES | 10/31/06 | 10/31/06 | 2a | Rumph, Barnham | | Mary Rumph Tax Return |
| YES | 10/31/06 | 10/31/06 | 2b | Rumph, Willson | | Mary Rumph Refund Anticipation Loan Check |
| YES | 10/31/06 | 10/31/06 | 2c | | | Southland Bank Deposit Ticket, Affordable Clothing Outlet, Account No. 5200350, 1/26/200 |
| YES | 10/31/06 | 10/31/06 | 3a | Barnham, C. Green | | Charlotte Green Tax Return |
| YES | 10/31/06 | 10/31/06 | 3b | Willson, C. Green | | Charlotte Green Refund Anticipation Loan Check |
| YES | 10/31/06 | 10/31/06 | 4a | Hill, Barnham | | Robin Hill Tax Return |
| YES | 10/31/06 | 10/31/06 | 4b | Hill, Willson | | Robin Hill Refund Anticipation Loan Check |
| YES | 10/31/06 | 10/31/06 | 4c | Thomas | | Regions Bank Deposit Item, Eagle Financial Services, Acct. No. 06-0303-3507, 2/22/2000 |
| YES | 10/31/06 | 10/31/06 | 5a | L. Campbell, Barnham | | Lashonda Lee Tax Return |
| YES | 10/31/06 | 10/31/06 | 5b | L. Campbell, Willson | | Lashonda Lee Refund Anticipation Loan Check |
| YES | 10/31/06 | 10/31/06 | 5c | | | Southland Bank Deposit Item, Beatrice Onadeko, Account No. 9007326, 2/28/2000 |
| YES | 10/31/06 | 10/31/06 | 6a | Fountain, Thomas, Barnham | | Tensia Fountain Tax Return |
| YES | 10/31/06 | 10/31/06 | 6b | Fountain, Willson | | Tensia Fountain Refund Anticipation Loan Check |
| YES | 10/31/06 | 10/31/06 | 6c | | | Southland Bank Deposit Item, Beatrice Onadeko, Account No. 9007326, 3/3/2000 |
| YES | 10/31/06 | 10/31/06 | 7a | Thomas, Barnham, Harris | | James Harris Tax Return |
| YES | 10/31/06 | 10/31/06 | 7b | Willson, Harris | | James Harris Refund Anticipation Loan Check |

| | | | | | | |
|---|---|---|---|---|---|---|
| YES | 10/31/06 | 10/31/06 | 7c | Thomas | | Regions Bank Deposit Item, Eagle Financial Services, Acct. No. 06-0303-3507, 3/10/2000 |
| YES | 10/31/06 | 10/31/06 | 8a | Thomas, Barnham, Dozier | | Cynthia Dozier Tax Return |
| YES | 10/31/06 | 10/31/06 | 8b | Willson, Dozier | | Cynthia Dozier Refund Anticipation Loan Check |
| YES | 10/31/06 | 10/31/06 | 8c | | | Southland Bank Deposit Item, Beatrice Onadeko, Acct. No. 9007326, 3/14/2000 |
| YES | 10/31/06 | 10/31/06 | 9a | Q. Campbell, Barnham | | Quincy Campbell Tax Return |
| YES | 10/31/06 | 10/31/06 | 9b | Q. Campbell, Willson | | Quincy Campbell Refund Anticipation Loan Check |
| YES | 10/31/06 | 10/31/06 | 9c | | | Regions Bank Deposit Item, Eagle Financial Services, Acct. No. 06-0303-3507, 3/31/2000 |
| YES | 10/31/06 | 10/31/06 | 10a | Thomas, Barnham, Doyle | | Teah Doyle Tax Return |
| YES | 10/31/06 | 10/31/06 | 10b | Willson, Doyle | | Teah Doyle Refund Anticipation Loan Check |
| YES | 10/31/06 | 10/31/06 | 10c | Thomas | | Regions Bank, Deposit Item, Eagle Financial Services, Acct. No. 06-0303-3505, 5/4/2000 |
| YES | 10/31/06 | 10/31/06 | 11a | M. Green, Barnham, Starling | | Martha Green Tax Return |
| YES | 10/31/06 | 10/31/06 | 11b | M. Green, Willson | | Martha Green Refund Anticipation Loan Check |
| YES | 10/31/06 | 10/31/06 | 12a | Barnham, Tyler | | Tawanna Campbell Tax Return |
| | | | 12b | Willson, Tyler | | Tawanna Campbell Refund Anticipation Loan |
| YES | 10/31/06 | 10/31/06 | 12c | Thomas | | Regions Bank, Deposit Item, Eagle Financial Services, Acct. No. 06-0303-3505, 5/4/2000 |