IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 1:06cr101-MHT |
| | ) | |
| MATTHEW OKONKWO | ) | |

MOTION TO SEAL TRIAL EXHIBITS

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves the Court to seal the exhibits entered into evidence in the trial of the above referenced individual. The exhibits to be sealed are listed as follows:

| 1a | Southland Bank, Signature Card, Affordable Clothing Outlet |
|---|---|
| 1b | Southland Bank, Monthly Statement, Affordable Clothing Outlet, 1/31/2000 |
| 1c | Southland Bank, Signature Card, Beatrice Onadeka |
| 1d | Southland Bank, Monthly Statement, Beatrice Onadeko, 3/27/2000 |
| 1e | Regions Bank, Signature Card, Eagle Financial Services |
| 1f | Regions Bank, Monthly Statement, Eagle Financial Services, 2/29/2000, p. 2 of 4 |
| 1g | Regions Bank, Monthly Statement, Eagle Financial Services, 3/31/2000, p. 1 & 3 of 4 |
| 1h | Regions Bank, Monthly Statement, Eagle Financial Services, 5/31/2000, p. 1 of 2 |
| 1i | EIN Information for CJB Ice Cream Company |
| 1j | State of Florida, Driver License Information for Jonathan Adewunmi |
| 1k | efile Application for Rainbow Tax Services |
| 1l | efile Application for Eagle Financial Services |

| | |
|---|---|
| 1o | Southland Bank, Signature Card, Jupiter Tax Services |
| 2a | Mary Rumph Tax Return |
| 2b | Mary Rumph Refund Anticipation Loan Check |
| 2c | Southland Bank Deposit Ticket, Affordable Clothing Outlet, 1/26/2000 |
| 3a | Charlotte Green Tax Return |
| 3b | Charlotte Green Refund Anticipation Loan Check |
| 4a | Robin Hill Tax Return |
| 4b | Robin Hill Refund Anticipation Loan Check |
| 4c | Regions Bank Deposit Item, Eagle Financial Services, 2/22/2000 |
| 5a | Lashonda Lee Tax Return |
| 5b | Lashonda Lee Refund Anticipation Loan Check |
| 5c | Southland Bank Deposit Item, Beatrice Onadeko, 2/28/2000 |
| 6a | Tensia Fountain Tax Return |
| 6b | Tensia Fountain Refund Anticipation Loan Check |
| 6c | Southland Bank Deposit Item, Beatrice Onadeko, 3/3/2000 |
| 7a | James Harris Tax Return |
| 7b | Jams Harris Refund Anticipation Loan Check |
| 7c | Regions Bank Deposit Item, Eagle Financial Services, 3/10/2000 |
| 8a | Cynthia Dozier Tax Return |
| 8b | Cynthia Dozier Refund Anticipation Loan Check |
| 8c | Southland Bank Deposit Item, Beatrice Onadeko, 3/14/2000 |
| 9a | Quincy Campbell Tax Return |
| 9b | Quincy Campbell Refund Anticipation Loan Check |
| 9c | Regions Bank Deposit Item, Eagle Financial Services, 3/31/2000 |
| 10a | Teah Doyle Tax Return |
| 10b | Teah Doyle Refund Anticipation Loan Check |
| 10c | Regions Bank, Deposit Item, Eagle Financial Services, 5/4/2000 |
| 11a | Martha Green Tax Return |

| 11b | Martha Green Refund Anticipation Loan Check |
| --- | --- |
| 12a | Tawanna Campbell Tax Return |
| 12b | Tawanna Campbell Refund Anticipation Loan Check |
| 12c | Regions Bank, Deposit Item, Eagle Financial Services, 5/4/2000 |

The government requests these exhibits be sealed due to the fact that the documents contain personal social security numbers and bank account information related to individuals and businesses.

Respectfully submitted this the 2nd day of November, 2006.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/Andrew O. Schiff
    ANDREW O. SCHIFF
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334) 223-7280
    FAX: (334) 223-7135
    E-mail: andrew.schiff@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr101-MHT |
| | ) | |
| MATTHEW OKONKWO | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ben E. Bruner, Esq.

                                  Respectfully submitted,

                                  /s/Andrew O. Schiff
                                  ANDREW O. SCHIFF
                                  One Court Square, Suite 201
                                  Montgomery, AL 36104
                                  Phone: (334) 223-7280
                                  FAX: (334) 223-7135
                                  E-mail: andrew.schiff@usdoj.gov