IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:06cr101-MHT |
| MATTHEW OKONKWO | ) | |
| | ) | |

## VERDICT

As to the charge in Count I of the indictment, we, the jury, find the defendant, Matthew Okonkwo,

_____  NOT GUILTY

\_\_X\_\_  GUILTY

As to the charge in Count II of the indictment, we, the jury, find the defendant, Matthew Okonkwo,

_____  NOT GUILTY

\_\_X\_\_  GUILTY

1

As to the charge in Count III of the indictment, we, the jury, find the defendant, Matthew Okonkwo,

_____   NOT GUILTY

\_\_X\_\_   GUILTY

As to the charge in Count IV of the indictment, we, the jury, find the defendant, Matthew Okonkwo,

_____   NOT GUILTY

\_\_X\_\_   GUILTY

As to the charge in Count V of the indictment, we, the jury, find the defendant, Matthew Okonkwo,

_____   NOT GUILTY

\_\_X\_\_   GUILTY

As to the charge in Count VI of the indictment, we, the jury, find the defendant, Matthew Okonkwo,

_____  NOT GUILTY

\_\_X\_\_\_  GUILTY


As to the charge in Count VII of the indictment, we, the jury, find the defendant, Matthew Okonkwo,

_____  NOT GUILTY

\_\_X\_\_\_  GUILTY


As to the charge in Count VIII of the indictment, we, the jury, find the defendant, Matthew Okonkwo,

_____  NOT GUILTY

\_\_X\_\_\_  GUILTY

As to the charge in Count IX of the indictment, we, the jury, find the defendant, Matthew Okonkwo,

_____   NOT GUILTY

\_\_X\_\_\_   GUILTY


As to the charge in Count X of the indictment, we, the jury, find the defendant, Matthew Okonkwo,

_____   NOT GUILTY

\_\_X\_\_\_   GUILTY


As to the charge in Count XI of the indictment, we, the jury, find the defendant, Matthew Okonkwo,

_____   NOT GUILTY

\_\_X\_\_\_   GUILTY

As to the charge in Count XII of the indictment, we, the jury, find the defendant, Matthew Okonkwo,

_____  NOT GUILTY

\_\_✗\_\_\_\_  GUILTY

SO SAY WE ALL.

_____
Foreperson

DATED: \_\_11/1/06_____