IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
     v.                     )   CRIMINAL ACTION NO.
                            )      1:06cr101-MHT
MATTHEW OKONKWO             )
```

### ORDER

It is ORDERED that the motion to seal (doc. no. 44) is granted.

DONE, this the 3rd day of November, 2006.

```
                    /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE
```