AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

V.

MATTHEW OKONKWO

**NOTICE**

CASE NUMBER: 1:06cr101-MHT

TYPE OF CASE:
☐ CIVIL    X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

SENTENCING HEARING

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex 2FMJ One Church Street Montgomery, AL 36104 | 1/18/07 @ 10:00 a.m | **RESET TO** 1/18/07 @ 2:00 p.m |

*Debra P. Hackett*

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

1/17/07
DATE

(BY) DEPUTY CLERK