# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE           AT MONTGOMERY   ALABAMA

DATE COMMENCED   January 18, 2007           AT   2:10   A.M./P.M.

DATE COMPLETED   January 18, 2007           AT   2:27   A.M./P.M.

UNITED STATES OF AMERICA                    Criminal Action
                                            1:06cr101-MHT
        VS.

MATTHEW OKONKWO

---

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Andrew O. Schiff | X | Atty Ben E. Bruner |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | Tashwanda Pinchback, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

---

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:        SENTENCING HEARING

2:10 p.m                Sentencing hearing commenced. Government has
                        no objections to the Presentence Report.
                        Defendant has no objections to the
                        Presentence Report. Government does not agree
                        to recommended sentence and request mid to
                        high end of guideline range sentencing.
                        Sentence imposed. Defendant's **ORAL MOTION** to
                        reconsider sentence. **ORAL ORDER** denying Oral
                        Motion to reconsider.
2:27 p.m                Hearing concluded.