IN THE UNITED STATES
DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

V.   CASE 1:06-CR-101-MH

MATTHEW OKONKWO

RECEIVED
2007 JAN 26 A 9:58
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

NOTICE OF APPEAL

This is a notice of intent to file appeal in the above case. This appeal notice is partly based on the following

1. The defendant was not furnished with all the discoveries presented as evidence during trial. If these discoveries were furnished, I would have been well prepared to defend myself.

2. I beleive that the sentencing was based on nationality and not matter before the court. The judg ordered that the defendant should be send to INS to commense deportation proceedings. The defendant asserts that he is not illegal as the judge said and erred in letting that influence influence has judgement.

3. Defendant attorney's counselling is ineffective resulting in inconpetent representation

Respectfully submitted this 24th day of January 2007

Matthew Okonkwo
Defendant