IN THE UNITED STATES District Court For The Middle District Of Alabama

UNITED STATE OF AMERICA

V.

MATTHEW OKONKWO

CASE # 1:06-CR-101-MHT

RECEIVED
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO REQUEST FOR TRANSCRIPTS AND PAYMENT BE MADE THROUGH CRIMINAL JUSTICE ACTS

Comes now the Defendant and moves this Honorable Court to request the transcript be prepared by Mitchell P. Reisner, CM/CRR and payment be made through the CJA because:

1. The Defendant is unable to pay for the transcript because he is financially indegent and informa pauperis. Therefore, Defendant seeks payment be made through the Criminal Justice Acts.

2. The Defendant also requests that attorney be appointed for him by this Honorable Court.

3. Defendant respecfully request that this Honorable Court grant therefore the foregoing.

Respectfully submitted this Februarary 20th 2007

Matthew Okonkwo
Defendant