IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CR. NO. 06 - 101 |
| MATTHEW OKONKWO | ) | |

RECEIVED
2007 MAR -5  P 1:01
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, trial counsel, for the defendant and moves this honorable court to allow him to withdraw as counsel. As grounds therefor, counsel states:

1. The defendant has made it clear to the undersigned that his representation terminated and he wants to obtain new counsel either through appointment or retainer for appeal of which he wants the undersigned to have no part.

2. Conflicts now exist in the continued representation of the defendant that require the withdrawal of counsel.

WHEREFOR, the undersigned moves this court to grant his withdrawal from this cause.

_____
Ben E. Bruner
Attorney for Defendant
505 S. Perry St.
Montgomery, Alabama 36104
(334) 323 4462

Done this ___5___ day of __March__, 2007.

## CERTIFICATE OF SERVICE

The undersigned Ben E. Bruner hereby certifies that a true copy of this document was served upon the Honorable Laura Canary, United States Attorney for the Middle District of Alabama by enclosing same in an envelope postpaid for first class handling whi bore the sender's name and return address and which was addressed to said attorney at his post office address and which was deposited in a U. S. Post Office Depository in Montgomery, Alabama on the _____ 5 _____ day of _March_, 2007.

Ben E. Bruner
Attorney at Law