IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:06cr101-MHT |
| MATTHEW OKONKWO | ) | |
| | ) | |

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 56) and the motion for appointment of new attorney and for transcripts (Doc. No. 55) are set for hearing on March 5, 2007, at 8:30 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

Both defendant Matthew Okonwko and his current attorney are to be present.

DONE, this the 1st day of March, 2007.

                /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE