# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE            AT MONTGOMERY  ALABAMA

DATE COMMENCED   March 5, 2007            AT  11:33   A.M./P.M.

DATE COMPLETED   March 5, 2007            AT  11:44   A.M./P.M.

UNITED STATES OF AMERICA                   Criminal Action
                                           1:06cr101-MHT
        VS.

MATTHEW OKONKWO

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Andrew O. Schiff | X | Atty Ben E. Bruner |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Tashwanda Pinchback, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:       MOTIONS HEARING

| | |
|---|---|
| 11:33 a.m. | Motions hearing commenced re [56] Motion to Withdraw as Attorney and [55] Motion for Appointment of New Attorney and for Transcripts. Atty Bruner's statements regarding Motion to Withdraw as Attorney. |
| 11:35 a.m. | Government excused from proceedings. This portion of the proceeding under seal. Atty Bruner and Defendant Okonkwo's statements regarding the Motions. |
| 11:43 a.m. | Government reenters. Order to issue granting both motions. |
| 11:44 a.m. | Hearing concluded. |