IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )
     v.                       )          CRIMINAL ACTION NO.
                              )             1:06cr101-MHT
MATTHEW OKONKWO               )
                              )


ORDER

Based on the representations made in open court on March 5, 2007, it is ORDERED that defendant Matthew Okonkwo's motion for transcripts and motion for appointment of counsel (Doc. No. 55) are granted.

The clerk of the court is DIRECTED to make appropriate arrangements for a free transcript and for court-appointed counsel.

DONE, this the 5th day of March, 2007.


        /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE