IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:06cr101-MHT |
| MATTHEW OKONKWO | ) | |
| | ) | |

ORDER

It is ORDERED that Hon. Benjamin E. Bruner's motion to withdraw as counsel (Doc. No. 56) is granted.  The court finds that there is a conflict between Mr. Bruner and defendant Matthew Okonkwo.

DONE, this the 5th day of March, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE