OMB No. 1615-0023; Expires 09/30/08

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**I-485, Application to Register Permanent Residence or Adjust Status**

RECEIVED

START HERE - Please type or print in black ink

### Part 1. Information about you.

Family Name: **OKONKWO**
Given Name: **MATTHEW**
Middle Name: **SUNDAY**

Address- C/O

Street Number and Name: **1588 MONTGOMERY HWY  P.O. BOX 834**
Apt. #:

City: **DOTHAN**
State: **ALABAMA**
Zip Code: **36302-0834**

Date of Birth (mm/dd/yyyy): **12/15/57**
Country of Birth: **NIGERIA**
Country of Citizenship/Nationality: **NIGERIA**

U.S. Social Security #: **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**
A # (if any): **A27 906 495**

Date of Last Arrival (mm/dd/yyyy): **09-22-85**
I-94 #:

Current USCIS Status: **OUT OF STATUS**
Expires on (mm/dd/yyyy):

**For USCIS Use Only**

| Returned | Receipt |
|---|---|
| Resubmitted | |
| Reloc Sent | |
| Reloc Rec'd | |
| Applicant Interviewed | |

**Section of Law**
- [ ] Sec. 209(b), INA
- [ ] Sec. 13, Act of 9/11/57
- [ ] Sec. 245, INA
- [ ] Sec. 249, INA
- [ ] Sec. 1 Act of 11/2/66
- [ ] Sec. 2 Act of 11/2/66
- [ ] Other

**Country Chargeable**

**Eligibility Under Sec. 245**
- [ ] Approved Visa Petition
- [ ] Dependent of Principal Alien
- [ ] Special Immigrant
- [ ] Other

**Preference**

**Action Block**

### Part 2. Application type. (Check one.)

I am applying for an adjustment to permanent resident status because:

a. [X] an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice, or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. [ ] my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. [ ] I entered as a K-1 fiancé(e) of a United States citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiancé(e). (Attach a copy of the fiancé(e) petition approval notice and the marriage certificate).

d. [ ] I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. [ ] I am a native or citizen of Cuba admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least one year.

f. [ ] I am the husband, wife or minor unmarried child of a Cuban described above in (e) and I am residing with that person, and was admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least one year.

g. [ ] I have continuously resided in the United States since before January 1, 1972.

h. [ ] Other basis of eligibility. Explain. If additional space is needed, use a separate piece of paper.

**I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the United States as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:** (Check one.)

i. [ ] I am a native or citizen of Cuba and meet the description in (e) above.

j. [ ] I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f) above.

**To be Completed by Attorney or Representative, if any**
[ ] Fill in box if G-28 is attached to represent the applicant.
VOLAG #
ATTY State License #

Form I-485 (Rev. 04/01/06)Y

**Part 3. Processing information.**

A. City/Town/Village of Birth: OGOJA
Current Occupation: FINANCIAL PLANER

Your Mother's First Name: SARAH
Your Father's First Name: FELIX

Give your name exactly as it appears on your Arrival/Departure Record (Form I-94): MATTHEW SUNDAY OKONKWO

Place of Last Entry Into the United States (City/State): JFK INT'L AIRPORT, NY

In what status did you last enter? (Visitor, student, exchange alien, crewman, temporary worker, without inspection, etc.): STUDENT

Were you inspected by a U.S. Immigration Officer? ☐ Yes ☐ No

Nonimmigrant Visa Number:

Consulate Where Visa Was Issued: KADUNA, NIGERIA

Date Visa Was Issued (mm/dd/yyyy):

Gender: ☒ Male ☐ Female

Marital Status: ☒ Married ☐ Single ☐ Divorced ☐ Widowed

Have you ever before applied for permanent resident status in the U.S.? ☐ No ☒ Yes. If you checked "Yes," give date and place of filing and final disposition.
ATLANTA GA

B. List your present husband/wife, all of your sons and daughters (If you have none, write "none." If additional space is needed, use separate paper).

| Family Name | Given Name | Middle Initial | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| BRENDA OKONKWO | | F | 1-10-64 |
| Country of Birth: USA | Relationship: SPOUSE | A #: | Applying with you? ☐ Yes ☒ No |
| TASHIKA OKONKWO | | T | 4-13-88 |
| Country of Birth: USA | Relationship: DAUGHTER | A #: | Applying with you? ☐ Yes ☒ No |
| MATTHEW OKONKWO JR. | | S | 2-23-90 |
| Country of Birth: USA | Relationship: SON | A #: | Applying with you? ☐ Yes ☒ No |
| | | | |
| Country of Birth: | Relationship: | A #: | Applying with you? ☐ Yes ☐ No |
| | | | |
| Country of Birth: | Relationship: | A #: | Applying with you? ☐ Yes ☐ No |

C. List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none." Include the name(s) of organization(s), location(s), dates of membership, from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

## Part 3. Processing information. *(Continued)*

Please answer the following questions. (If your answer is "**Yes**" on any one of these questions, explain on a separate piece of paper. Answering "**Yes**" does not necessarily mean that you are not entitled to adjust status or register for permanent residence.)

1. Have you ever, in or outside the United States:

   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested? ☐ Yes ☒ No

   b. been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? ☒ Yes ☐ No

   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☒ No

   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the United States? ☐ Yes ☒ No

2. Have you received public assistance in the United States from any source, including the United States government or any state, county, city or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☒ Yes ☐ No

3. Have you ever:

   a. within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future? ☐ Yes ☒ No

   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☒ No

   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the United States illegally? ☐ Yes ☒ No

   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to any person or organization that has ever engaged or conspired to engage in sabotage, kidnapping, political assassination, hijacking or any other form of terrorist activity? ☐ Yes ☒ No

5. Do you intend to engage in the United States in:

   a. espionage? ☐ Yes ☒ No

   b. any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States, by force, violence or other unlawful means? ☐ Yes ☒ No

   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

7. Did you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national orgin or political opinion? ☐ Yes ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin or political opinion? ☐ Yes ☒ No

9. Have you ever been deported from the United States, or removed from the United States at government expense, excluded within the past year, or are you now in exclusion, deportation, removal or recission proceedings? ☒ Yes ☐ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the United States or any immigration benefit? ☐ Yes ☒ No

11. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and have not yet complied with that requirement or obtained a waiver? ☐ Yes ☒ No

13. Are you now withholding custody of a U.S. citizen child outside the United States from a person granted custody of the child? ☐ Yes ☒ No

14. Do you plan to practice polygamy in the United States? ☐ Yes ☒ No

**Part 4. Signature.** *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

**Your registration with U.S. Citizenship and Immigration Services.**

"I understand and acknowledge that, under section 262 of the Immigration and Nationality Act (Act), as an alien who has been or will be in the United States for more than 30 days, I am required to register with U.S. Citizenship and Immigration Services. I understand and acknowledge that, under section 265 of the Act, I am required to provide USCIS with my current address and written notice of any change of address within **ten** days of the change. I understand and acknowledge that USCIS will use the most recent address that I provide to USCIS, on any form containing these acknowledgements, for all purposes, including the service of a Notice to Appear should it be necessary for USCIS to initiate removal proceedings against me. I understand and acknowledge that if I change my address without providing written notice to USCIS, I will be held responsible for any communications sent to me at the most recent address that I provided to USCIS. I further understand and acknowledge that, if removal proceedings are initiated against me and I fail to attend any hearing, including an initial hearing based on service of the Notice to Appear at the most recent address that I provided to USCIS or as otherwise provided by law, I may be ordered removed in my absence, arrested and removed from the United States."

**Selective Service Registration.**

**The following applies to you if you are a male at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System:** "I understand that my filing this adjustment of status application with U.S. Citizenship and Immigration Services authorizes USCIS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon USCIS acceptance of my application, I authorize USCIS to transmit to the Selective Service System my name, current address, Social Security Number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, USCIS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26."

**Applicant's Certification.**

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *[signed]* | MATTHEW SUNDAY OKONKWO | 4/6/07 | ( ) |

**NOTE:** *If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5. Signature of person preparing form, if other than above. (sign below)**

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Full Name | Date | Phone Number (Include Area Code) |
|---|---|---|---|
| | | | ( ) |

*Firm Name and Address*                                    *E-Mail Address (if any)*

Form I-485 (Rev. 04/01/06)Y Page 4

**UNITED STATES DEPARTMENT OF JUSTICE**
**IMMIGRATION AND NATURALIZATION SERVICE**
77 Forsyth St., S.W.
Atlanta, GA 30303

## NOTICE OF APPROVAL OF RELATIVE IMMIGRANT VISA PETITION

**NAME AND ADDRESS OF PETITIONER**

Angelia Delois OKONKWO
1213 Summit Street
Dothan, Alabama 36301

| NAME OF BENEFICIARY | |
|---|---|
| Matthew Sunday OKONKWO | |
| **CLASSIFICATION** | **FILE NO.** |
| 201(b) | A 27 906 495 |
| **DATE PETITION FILED** | **DATE OF APPROVAL OF PETITION** |
| 2/5/93 | 1/31/94 |

Date: 2/1/94

Please be advised that approval of the petition confers upon the beneficiary an appropriate classification. The approval constitutes no assurance that the beneficiary will be found eligible for visa issuance, admission to the United States or adjustment to lawful permanent resident status. Eligibility for visa issuance is determined only when application therefor is made to a consular officer; eligibility for admission or adjustment is determined only when application therefor is made to an immigration officer. Also, please note the items below which are indicated by "X" marks concerning this petition:

1. ☐ YOUR PETITION TO CLASSIFY THE BENEFICIARY AS AN IMMEDIATE RELATIVE OF A UNITED STATES CITIZEN HAS BEEN FORWARDED TO THE UNITED STATES CONSULATE AT _____. THIS COMPLETES ALL ACTION BY THIS SERVICE ON THE PETITION. THE UNITED STATES CONSULATE, WHICH IS UNDER THE SUPERVISION OF THE DEPARTMENT OF STATE, WILL ADVISE THE BENEFICIARY CONCERNING VISA ISSUANCE. *Inquiry concerning visa issuance should be addressed to the Consul. This Service will be unable to answer any inquiry concerning visa issuance.*

2. ☐ IF YOU BECOME NATURALIZED AS A CITIZEN OF THE UNITED STATES AND AN IMMIGRANT VISA HAS NOT YET BEEN ISSUED TO THE BENEFICIARY, NOTIFY THIS OFFICE IMMEDIATELY, GIVING THE DATE OF YOUR NATURALIZATION. AT THE SAME TIME, IF THE PETITION WAS IN BEHALF OF YOUR SON OR DAUGHTER, ALSO ADVISE WHETHER THAT PERSON IS STILL UNMARRIED. THIS INFORMATION MAY EXPEDITE THE ISSUANCE OF A VISA TO THE BENEFICIARY.

3. ☐ YOUR PETITION FOR PREFERENCE CLASSIFICATION, AS SHOWN ABOVE, HAS BEEN FORWARDED TO THE UNITED STATES CONSULATE AT _____. THIS COMPLETES ALL ACTION BY THIS SERVICE ON THE PETITION. THIS SERVICE HAS NOTHING TO DO WITH THE ACTUAL ISSUANCE OF VISAS. VISAS ARE ISSUED ONLY BY UNITED STATES CONSULS WHO ARE UNDER THE JURISDICTION OF THE U.S. DEPARTMENT OF STATE. UNDER THE LAW ONLY A LIMITED NUMBER OF VISAS MAY BE ISSUED BY THAT DEPARTMENT DURING EACH YEAR AND THEY MUST BE ISSUED STRICTLY IN THE CHRONOLOGICAL ORDER IN WHICH PETITIONS WERE FILED FOR THE SAME CLASSIFICATION. WHEN THE BENEFICIARY'S TURN IS REACHED ON THE VISA WAITING LIST, THE UNITED STATES CONSUL WILL INFORM HIM AND CONSIDER ISSUANCE OF THE VISA. *Inquiry concerning visa issuance should be addressed to the Consul. This Service will be unable to answer any inquiry concerning visa issuance.*

4. ☐ THE PETITION STATES THAT THE BENEFICIARY IS IN THE UNITED STATES AND WILL APPLY TO BECOME A LAWFUL PERMANENT RESIDENT. THE ENCLOSED APPLICATION FOR THIS PURPOSE (FORM I-485) SHOULD BE COMPLETED AND SUBMITTED BY THE BENEFICIARY WITHIN 30 DAYS IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED THEREIN. (IF THE BENEFICIARY HAD PREVIOUSLY SUBMITTED FORM I-485 WHICH WAS RETURNED TO HIM, HE SHOULD RESUBMIT THAT FORM WITHIN 30 DAYS.)

5. ☐ THE BENEFICIARY WILL BE INFORMED OF THE DECISION MADE ON HIS PENDING APPLICATION TO BECOME A LAWFUL PERMANENT RESIDENT (FORM I-485).

6. ☐ THE PETITION STATES THAT THE BENEFICIARY IS IN THE UNITED STATES AND WILL APPLY TO BECOME A LAWFUL PERMANENT RESIDENT. HOWEVER, AN IMMIGRANT VISA NUMBER IS NOT PRESENTLY AVAILABLE, THEREFORE, THE BENEFICIARY MAY NOT APPLY TO BECOME A PERMANENT RESIDENT.

7. ☐ ORIGINAL DOCUMENTS SUBMITTED IN SUPPORT OF YOUR PETITION UNACCOMPANIED BY COPIES THEREOF HAVE BEEN MADE A PERMANENT PART OF THE PETITION. ANY OTHERS ARE RETURNED HEREWITH.

8. ☒ REMARKS   At this time, the approved petition will remain in the beneficiary's file.

VERY TRULY YOURS,

Thomas P. Fischer
DISTRICT DIRECTOR

Form I-171

National Visa Center
32 Rochester Avenue
Portsmouth, NH 03801-2909

December 13, 1995   RECEIVED

2001 APR 10  A 10: 09

MATTHEW SUNDAY OKONKWO
1213 SUMMIT ST   P. HACKETT, CLK
DOTHAN AL 36302   U.S. DISTRICT COURT
MIDDLE DISTRICT ALA


DEAR MATTHEW SUNDAY OKONKWO:

Your inquiry has been received at the NVC. The immigrant visa petition you mentioned in your letter has been entered into our computer system and assigned the case number listed below.

The NVC received notification of your intent to adjust status in the United States. We will hold the current petition at the NVC until we are notified by the Immigration and Naturalization Service (INS) to return the petition.

To apply for adjustment of status in the US you must submit the "Notification of Immigrant Visa Approval" to the nearest INS office. If you did not receive this form, please contact the INS.


Case Number: LGS-1995824006
Beneficiary's Name: OKONKWO, MATTHEW SUNDAY
Preference Category: IR1
Your Priority Date: February 05, 1993
Foreign State Chargeability: NIGERIA
U.S. Embassy/Consulate:    AMEMBASSY LAGOS
Traveling Applicants:
  NAME                        DOB                  POB
OKONKWO, MATTHEW SUNDAY     December 15, 1957    NIGERIA