IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:06cr101-MHT |
| **MATTHEW OKONKWO** | ) | |

### ORDER

It is ORDERED that the government show cause, if any there be, in writing by April 26, 2007, as to why defendant's motion to allow him to submit form I-485 (Doc. No. 66) should not be allowed.

DONE, this the 12th day of April, 2007.

       /s/ Myron H. Thompson
       UNITED STATES DISTRICT JUDGE