IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | CRIMINAL ACTION NO. |
| ) | 1:06cr101-MHT |
| **MATTHEW OKONKWO**    ) | |

### ORDER

It is ORDERED that the motion for retrial (Doc. No. 68) is denied.

DONE, this the 18th day of April, 2007.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE