IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:06cr101-MHT |
| MATTHEW OKONKWO | ) | |

### ORDER

It is ORDERED that defendant Matthew Okonkwo's motion to allow him to submit form I-485 (Doc. No. 66) is denied.

DONE, this the 27th day of April, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**