# United States Court of Appeals
For the Eleventh Circuit

No. 07-10451

District Court Docket No.
06-00101-CR-T-S

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Aug 15, 2007

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

  Plaintiff-Appellee,

versus

MATTHEW OKONKWO,

  Defendant-Appellant.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

Appeal from the United States District Court
for the Middle District of Alabama

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

ISSUED AS MANDATE
SEP 1 4 2007
U.S. COURT OF APPEALS
ATLANTA, GA.

Entered: August 15, 2007
For the Court: Thomas K. Kahn, Clerk
By: Harper, Toni

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RECEIVED 2007 SEP 17 A 11:31