IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:06cr101-MHT |
| **MATTHEW OKONKWO** | ) | |

ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on August 15, 2007, affirming the amended judgment of conviction and sentence pronounced in this case as to defendant Matthew Okonkwo on January 18, 2007, and entered on February 6, 2007 (Doc. no. 53), and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on September 14, 2007, and received in the office of the clerk of this court on September 17, 2007 (Doc. no. 75), it is the ORDER, JUDGMENT, and DECREE of the court that the amended judgment of conviction and sentence pronounced upon

defendant Matthew Okonkwo on January 18, 2007, and entered on February 6, 2007 (Doc. no. 53), is continued in full force and effect.

    DONE, this the 25th day of September, 2007.


                                    /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**