# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

October 02, 2007

*RECEIVED 2007 OCT -3 A 10: 37 DEBRA P. HACKETT U.S. DISTRICT MIDDLE DISTR*

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-10451-HH**
Case Style: USA v. Matthew Okonkwo
District Court Number: 06-00101 CR-T-S

---

The following record materials in the referenced case are returned herewith:

Exhibits - one sealed document

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James O. Delaney (404) 335-6113

REC-3 (06-2006)